837 A.2d 1089

STATE OF NEW JERSEY, PLAINTIFF, v. LYDIA
LOPEZ SANCHEZ, DEFENDANT–MOVANT.

November 14, 2003.

ORDERED that the motion for leave to appeal is granted.

837 A.2d 1089

HERBERT R. AXELROD AND EVELYN AXELROD, PLAINTIFFS–
MOVANTS, v. CENTRAL GARDEN & PET COMPANY, GLEN S.
AXELROD, GARY HERSCH, WILIAM E. BROWN, ROBERT B.
JONES, GLENN NOVOTNY AND NEILL HINES, DEFEN-
DANTS–RESPONDENTS.

T.F.H. PUBLICATIONS, INC., PLAINTIFF.

November 25, 2003.

ORDERED that the motion for leave to appeal is granted, and
Paragraph I of the order of the Superior Court, Law Division
dated October 30, 2003, which granted the application for a
preliminary injunction, is summarily reversed, the Court having
determined that a temporary restraining order is inappropriate, in
part because money damages are available to respondents; and it
is further

ORDERED that that Superior Court, Law Division shall accel-
erate the trial date.